FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 22 AM 11: 18

CLERK_____
SO. DIST. OF GA.

# UNITED   STATES   DISTRICT   COURT

## SOUTHERN   DISTRICT   OF   GEORGIA

### SAVANNAH   DIVISION

|  |  |  |
|---|---|---|
| MARVIN L. GIBSON, | ) | |
| | ) | |
| Claimant, | ) | |
| | ) | |
| v. | ) | Case No.   CV403-090 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| *Commissioner of the Social Security* | ) | |
| *Administration,* | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.   Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.   The Commissioner shall give precedence to this matter and resolve all remaining issues within six months from the date of remand.

**SO ORDERED** this _____ day of _____, 2012.

B. AVANT EDENFIELD
UNITED   STATES   DISTRICT   JUDGE
SOUTHERN   DISTRICT   OF   GEORGIA