FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 22 AM 11:18

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| MARVIN L. GIBSON, <br><br>    Claimant, <br><br>v. <br><br>MICHAEL J. ASTRUE, <br>*Commissioner of the Social Security Administration,* <br><br>    Defendant. | Case No. CV403-090 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Commissioner shall give precedence to this matter and resolve all remaining issues within six months from the date of remand.

**SO ORDERED** this 22 day of Oct, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA